Submitted May 2, reversed June 11, 2008

In the Matter of C. J. A.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

C. J. A.,
*Appellant.*

Wallowa County Circuit Court
051107; A135921

186 P3d 323

Janie M. Burcart filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Anna M. Joyce, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Rosenblum, Judge.

PER CURIAM

## PER CURIAM

Appellant in this mental commitment case appeals a judgment committing him to the Mental Health Division for treatment for a period of time not to exceed 180 days. ORS 426.130. The trial court found that appellant suffers from a mental disorder and is a danger to others. The state concedes that the record lacks clear and convincing nonhearsay evidence that defendant's mental disorder causes him to be a danger to others. On *de novo* review, we find the state's concession to be well founded and accept it.

Reversed.